CHARLES WILLIAM MCCAULEY, Respondent, v. AMEY T. FOGGETT,

Formerly Known as AMEY T. FOSTER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.